Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Chris Wood, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )  **Case Number:** 19-cv-4020 |
| | ) |
| Farm and Home Publishers, LTD., Brett | ) |
| Honn, Charles C. Sheakley, | ) |
| Cliff Sheakley, and Steven Been, | ) |
| | ) |
| **Defendants.** | ) |

### JUDGMENT IN A CIVIL CASE

  **DECISION BY THE COURT**.   This action came before the Court, and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that this case is DISMISSED with prejudice.

Dated: 11/12/20

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court